NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JACK CORDEIRO and ALDA CORDEIRO;

    Appellants,

v.

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2005-27 Mortgage Pass-Through Certificates, Series 2005-27; SUNTRUST BANK; BELLE HARBOR OWNER'S ASSOCIATION, INC.; TENANT #1 n/k/a CHERYL WHITE,

    Appellees.

Case No. 2D17-2256

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Pinellas County; Patricia Ann Muscarella, Judge.

Mark P. Stopa of Stopa Law Firm, LLC, Tampa; and Latasha Scott of Lord Scott, PLLC, Tampa, for Appellants.

Dariel Abrahamy of Greenspoon Marder, P.A., Boca Raton, for Appellee The Bank of New York Mellon.

No appearance for remaining
Appellees.


PER CURIAM.

      Affirmed.


SALARIO and ROTHSTEIN-YOUAKIM, JJ., and TIBBALS, WESLEY D., ASSOCIATE
JUDGE, Concur.